LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Petitioner
MARKLINK SHIPPING CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARKLINK SHIPPING CO., LTD., <br><br> Petitioner, <br><br> -against- <br><br> BRIGHT SHIPPING COMPANY LIMITED and/also known as BRIGHT OCEAN COMPANY LIMITED, <br><br> Respondents. | ECF CASE <br><br> 10 Civ. 8452 (WHP) <br><br> **DECLARATION OF** <br> **KIRK M. LYONS** |

       KIRK M. LYONS, hereby declares the following, pursuant to 28 U.S.C. § 1746:

       1.     I am a member of the bar of this Court and a partner with the law firm of Lyons & Flood, LLP, attorneys for petitioner MARKLINK SHIPPING CO., LTD. ("MARKLINK").  I make this Declaration based upon my own personal knowledge, information supplied to me by petitioner, and upon documents that I believe to be true and accurate.

       2.     I submit this Declaration in support of MARKLINK's Verified Petition to Recognize, Confirm, and Enforce a Foreign Arbitral Award in favor of MARKLINK and against respondents BRIGHT SHIPPING COMPANY LIMITED and/also known as BRIGHT OCEAN COMPANY LIMITED ("BRIGHT").

       3.     On November 9, 2010, my office contacted the New York Department of State, Division of Corporations, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for the respondents and the search results

- 2 -

indicated that respondents are actively registered to do business in the State of New York as of November 8, 2010, and have appointed Shaun F. Carroll, Esq., an attorney at Nourse & Bowles, LLP, as their registered agent for service of process.  (*See* New York Business Registration Search Results, attached as Exhibit 1.)

4. A true and correct copy of the Declaration of Benjamin John Horn is attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 9, 2010

_____
KIRK M. LYONS

U:\kmhldocs\2668021\Legal\Lyons Decl..doc

- 3 -

## CERTIFICATE OF SERVICE

Michael A. Namikas, an attorney duly admitted to practice before this Honorable Court, affirms on this 9th day of November 2010, true copies of the foregoing were served, by hand and by US Mail, first-class postage pre-paid, upon:

>Shaun F. Carroll, Esq.
>NOURSE & BOWLES, LLP
>One Exchange Place
>55 Broadway
>New York, New York 10006-3030

_____
Michael A. Namikas

U:\kmhldocs\2668021\Legal\Lyons Decl..doc